# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-0278
_____

REGINALD T. JONES,

Petitioner,

v.

FLA. DEPT. OF CORRECTIONS, et al.,

Respondents.

_____


Petition for Belated Appeal—Original Jurisdiction.


March 27, 2019


PER CURIAM.

DENIED.

LEWIS, WINSOR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Reginald T. Jones, pro se, Petitioner.

Ashley B. Moody, Attorney General, and Leslie A. Healer, Assistant Attorney General, Tallahassee, for Respondents.